Doris Rubin, Appellant, v. The Montrem Corporation, a Domestic Corporation, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs, upon the grounds (1) that appellant failed to comply with rule XXVI, Rules of Appellate Division, Second Department, and (2) that the application to the Appellate Term was belated. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.

Sadie Schwartz, Appellant, v. The City of New York, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.

Claire Simmonds, Appellant, v. Martin Luther Sowers and Sanford J. Ellsworth, Respondents. Claire Simmonds, Appellant, v. Martin Luther Sowers, Respondent.— Motion for an order certifying that a constitutional question is involved denied, without costs. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.

Town of Putnam Valley, Petitioner, v. Samuel L. Slutzky, as Justice of the Peace of the Town of Putnam Valley, Respondent.— Motion by respondent to dismiss a submitted controversy on an agreed statement of facts, or in the alternative to direct petitioner to stipulate that the determination shall be final and absolute. The submitted controversy is in some respects faulty, but it is in the language chosen by respondent, who now seeks to set it aside. Motion denied, with ten dollars costs. The question will be reserved until argument. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.

Nathan A. Willis, Respondent, v. Elizabeth Mathews, as Executrix, etc., of Ernest Mathews, Deceased, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.

Al Abrams and Jack Cooperman, Copartners under the Trade Name and Style of Abrams & Cooperman, Respondents, v. Sadie Discount and Isidor Wolkin, Appellants.— In a judgment creditor's action to set aside an assignment of a judgment by defendant Discount to defendant Wolkin as fraudulent under the Debtor and Creditor Law, the plaintiffs had judgment. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

Arthur Angrisani, Respondent, v. Charles Stearn, as Treasurer of Brooklyn Local No. 33, Kings County, New York, International Alliance Bill Posters and Billers of the United States and Canada, a Voluntary Association of More Than Seven Persons, Appellant.— In an action brought by a member of a labor union who had been suspended and fined by the union, to compel his reinstatement, annul the fine, and for damages for loss of earnings, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. [167 Misc. 731.]

Thomas Angrisani, Respondent, v. Charles Stearn, as Treasurer of Brooklyn Local No. 33, Kings County, New York, International Alliance Bill Posters and Billers of the United States and Canada, a Voluntary Association of More Than Seven Persons, Appellant.— In an action brought by an expelled member of a labor union to compel his reinstatement and for damages for loss of earnings, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. [167 Misc. 728.]